UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MARYLISA LOVEWINE,             )
                               )
   Plaintiff,               )
                               )
v.                             )    Case No. CV418-173
                               )
BACA READY MIX, LLC,           )
                               )
   Defendant.               )

### REPORT AND RECOMMENDATION

On November 5, 2018, this Court entered an order conditionally granting Plaintiff leave to proceed *in forma pauperis* ("IFP") subject to receipt of additional information and directing her to amend her complaint within 21 days from the date of the order or face a recommendation of dismissal. *See* doc. 3. Lovewine, however, has failed to timely file an Amended Complaint or provide the additional information required to approve IFP status. Having failed to comply, this action should be dismissed for lack of prosecution and for failure to obey a Court order. *See* Fed. R. Civ. P. 41(b) (authorizing district courts to dismiss an action for failure to obey a court order); L.R. 41.1(c) (authorizing district court to dismiss for lack of prosecution); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent

authority to dismiss claims for lack of prosecution); *Collins v. Lake Helen, L.P.*, 249 F. App'x 116, 120 (11th Cir. 2007) ("[D]istrict court[s] possess[] the inherent power to police [their] docket[s]" and to prune out those cases left to languish by their litigants).

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. §636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C.§ 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*, 648

F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. U.S.*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO ORDERED** this 3rd day of December ~~November~~, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA