IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MARYLISA LOVEWINE,

    Plaintiff,

v.

BACA READY MIX, LLC,

    Defendant.

CASE NO. CV418-173

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which objections have been filed (Doc. 10). After a careful de novo review of the record in this case, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE.**

The report and recommendation recommends dismissal of this due to Plaintiff's failure to comply with a prior order regarding her in forma pauperis status and because, even if Plaintiff provided the requested information, Plaintiff's complaint is untimely. In her objections, Plaintiff did not object to the Magistrate Judge's recommendation that this case be dismissed because her complaint was untimely. Rather, Plaintiff uses her objections to address her deficient

application to proceed in forma pauperis. In the report and recommendation, the Magistrate Judge identified eight categories of information that the Court had previously requested from Plaintiff and found that Plaintiff failed to provide the Court with this information. The Magistrate Judge recommends dismissal of Plaintiff's complaint on this ground. (Doc. 9 at 2-3.) In her objections, Plaintiff attempts to address the identified deficiencies. (Doc. 10.) Even if this Court found that Plaintiff's response was sufficient to cure her defective application to proceed in forma pauperis, Plaintiff did not address the remainder of the report and recommendation that recommends dismissal due to Plaintiff's untimely complaint. Plaintiff has failed to object to the report and recommendation's finding that her complaint was untimely or otherwise argue why her complaint should not be dismissed. Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. As a result, Plaintiff's Motion to Proceed in Forma Pauperis (Doc. 8) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 12th day of March 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA